1 Cody Molica
2 4926 Harville Road
Santa Rosa, CA 95409
3 (707) 364-8027

4 Plaintiff in Pro Se

5

6

7

8

9
                      UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11

12 CODY MOLICA,              ) Case No.:
                                 )
13     Plaintiff,              ) ~~PROPOSED~~ ORDER
                                 )
14 vs.                     )
                                 )
15 JOSHUA MEDEIROS,       )
                                 )
16     Defendant.            )

17     GOOD CAUSE APPEARING, it is so ORDERED that Plaintiff in Pro Se, Cody Molica
18
is granted leave to file electronically with the Court.
19

20

21

22 Date: July 31, 2013
23
                              **DENIED**
24                     Judge of the Northern District Court
                     Judge Donna M. Ryu
25

26

27

28

REQUEST FOR EFILING - 2