CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendant
JOSHUA MEDEIROS, an Officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MOLICA, an individual, | CASE NO. CV 13-3185 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE** |
| v. | |
| JOSHUA MEDEIROS, an individual sued in his individual and official capacity as an officer of the SANTA ROSA POLICE DEPARTMENT, AND DOES 1-10, inclusive, | 42 U.S.C. § 1983<br><br>Date:   January 13, 2014<br>Time:  10:00 a.m.<br>Ctrm:   4, 3rd Fl.<br>             1301 Clay St., Oakland, CA |
| Defendants. | Before: Mag. Judge Kandis A. Westmore |

**[JURY TRIAL DEMANDED]**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff CODY MOLICA (MOLICA) and Defendant JOSHUA MEDEIROS (MEDEIROS), through his counsel of record, as follows:

1. Plaintiff MOLICA seeks production of records of his probation status and terms as of February 2, 2013 from the County of Sonoma Sheriff's Department;

2. The court has set a January 17, 2014 hearing date for plaintiff MOLICA''s

1

Motion to Compel re Records of County of Sonoma Sheriff's Department;

3. Production and evaluation of said production is essential to evaluating plaintiff's claim verus Officer MEDEIROS;

4. This matter is presently set for Settlement Conference on January 13, 2014;

5. Counsel for Officer MEDEIROS and plaintiff MOLICA, have met and conferred, and have agreed that in the interests of judicial economy and justice, all would benefit from a short continuance of the Settlement Conference to a continued Conference date in April or May, 2014.

SO STIPULATED:

Dated: January _2_, 2014

/s/
_____
CODY MOLICA
Plaintiff *pro se*

Dated: January _3_, 2014               OFFICE OF THE CITY ATTORNEY

/s/
_____
John J. Fritsch
Assistant City Attorney
Attorney for Defendant
JOSHUA MEDEIROS

**ORDER**

GOOD CAUSE APPEARING, the present January 13, 2014 Settlement Conference date is vacated. The Settlement Conference shall be continued to _4/9/14_, and all briefing shall be based on the continued Conference date.

IT IS SO ORDERED.

Dated: 1/3/14

_____
Kandis A. Westmore
Magistrate Judge, U.S. District Court