CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone: (707) 543-3040
Facsimile: (707) 543-3055

Attorneys for Defendant
JOSHUA MEDEIROS, an Officer of the
SANTA ROSA POLICE DEPARTMENT

**GRANTED**
*Judge Susan Illston*

All parties may appear by phone. Counsel shall email the Clerk with the direct dial phone numbers to be used. The Court initiates all conference calls.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MOLICA, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSHUA MEDEIROS, an individual sued in his individual and official capacity as an officer of the SANTA ROSA POLICE DEPARTMENT, AND DOES 1-10, inclusive,<br><br>           Defendants.<br>_____/ | CASE NO. CV 13-3185 SI<br><br>***SECOND* JOINT CASE MANAGEMENT STATEMENT; DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: February 7, 2014<br>Time: 3:00 p.m.<br>Ctrm: 10, 19th Floor<br>        450 Golden Gate Avenue, San Francisco, CA 94102<br><br>Judicial Officer: Hon. Susan Illston |

### 1. STATUS REPORT

This matter is presently set for a judicial settlement conference on April 9, 2014 before Magistrate Judge Kandis A. Westmore. (Document 36: Stipulation and Order Re Continuance of Settlement Conference filed 1/3/14) As of the date of the filing of this Statement, the records of the Sonoma County Sheriff's Office have not been received or evaluated by either plaintiff or defendant. (Document 37: Order Granting Motion to Compel Compliance with Subpoena filed January 15, 2014) The parties have not undertaken any other discovery.

//

**2. REQUEST FOR TELEPHONIC APPEARANCE**

Defendant's lawyer Fritsch respectfully requests leave to appear at the February 7, 2014 Status Conference by telephone.

OFFICE OF THE CITY ATTORNEY

/s/

Dated: January 29, 2014

John J. Fritsch
Assistant City Attorney
Attorney for Defendant
SRPD Ofc. Joshua Medeiros

/s/

Dated: January 29, 2014

Plaintiff Cody Molica, Pro Se

2

*Second* Joint Case Management Conference Statement, CV 13-3185 SI