

CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendant
JOSHUA MEDEIROS, an Officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MOLICA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA MEDEIROS, an individual sued in his individual and official capacity as an officer of the SANTA ROSA POLICE DEPARTMENT, AND DOES 1-10, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO.  CV 13-3185 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br>[Local Rule 7-12]<br><br>42 U.S.C. § 1983<br><br>Date:　June 6, 2014<br>Time:　3:00 p.m.<br>Ctrm:　10, 19th Fl.<br><br>Before: Hon. Susan Illston<br><br><br>**[JURY TRIAL DEMANDED]** |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS:

1. The court has noticed the date of June 6, 2014 at 3:00 p.m. as the date and time of the next case management conference in this case;

2. John Fritsch is unavailable on the noticed date because he has paid tickets for travel departing the United States on May 30, 2014 and returning June 13, 2014;

1

3. John Fritsch also has an important family event on June 27, 2014, and respectfully requests that the Conference not be set on that day.

IT IS HEREBY STIPULATED by and between plaintiff CODY MOLICA (MOLICA) and Defendant JOSHUA MEDEIROS (MEDEIROS), through his counsel of record, as follows:

1. That the June 6, 2014 Status Conference is hereby vacated;
2. That the Court re-notice a Status Conference at the Court's convenience after June 13, 2014 and not on June 27, 2014.

SO STIPULATED:

Dated: April 10, 2014

/s/
_____
CODY MOLICA
Plaintiff *pro se*

Dated: April 10, 2014                    OFFICE OF THE CITY ATTORNEY

/s/
_____
John J. Fritsch
Assistant City Attorney
Attorney for Defendant
JOSHUA MEDEIROS

### ORDER

GOOD CAUSE APPEARING, the present June 6, 2014 Case Management Conference date is vacated. The Case Management Conference shall be continued to June 27, 2014_____. A Joint Case Management Conference Statement shall be filed, and the date of filing shall be based on the continued Conference date though no earlier than June 15, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/14/14                    _____
                                  Susan Illston
                                  Senior District Judge
                                  U.S. District Court

2