CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendant
JOSHUA MEDEIROS, an Officer of the
SANTA ROSA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MOLICA, an individual, | CASE NO.  CV 13-3185 SI |
| Plaintiff, | **DEFENDANT MEDEIROS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**; [Proposed] ORDER |
| v. | |
| JOSHUA MEDEIROS, an individual sued in his individual and official capacity as an officer of the SANTA ROSA POLICE DEPARTMENT, AND DOES 1-10, inclusive, | Date:  June 27, 2014<br>Time:  3:00 p.m.<br>Ctrm:  10, 19th Fl.,<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102 |
| Defendants. | Judicial Officer:  Hon Susan Illston |

IT IS HEREBY REQUESTED that John J. Fritsch, counsel for Defendant JOSHUA MEDEIROS, be allowed to appear via telephone at the Case Management Conference in this matter scheduled for June 27, 2014 at 3:00 p.m. before the Hon. Susan Illston.  Mr. Fritsch will be out of town at a pre-planned family event on that day.  Mr. Fritsch will be standing by at 415-868-1312 and will be available at said number at 3:00 p.m. on June 27, 2014.

Dated: May 8, 2014

/s/
_____
John J. Fritsch
Assistant City Attorney
Attorney for Defendant
SRPD Ofc. JOSHUA MEDEIROS

1

## **ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that John J. Fritsch, Counsel for Defendant Joshua Medeiros, be allowed to appear telephonically at the Case Management Conference on June 27, 2014.

Dated: 5/8/14

SUSAN ILLSTON
United States District Judge

Request for Telephonic Appearance at CMC