IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY MOLICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSHUA MEDEIROS, et al.,<br><br>          Defendants. | No. C 13-03185 SI<br><br>**ORDER RE DISCOVERY DISPUTE** |

Now before the Court is the parties' joint discovery dispute statement. Dkt. No. 59. Plaintiff has served defendant Medeiros with a set of special interrogatories and a deposition subpoena. *See id.* at 2-3. Defendant objects on the grounds that he intends to file a motion for summary judgment, asserting qualified immunity.

The Court finds that it is appropriate to stay discovery pending defendant's planned motion. It is well-settled that discovery should be stayed until the Court decides the threshold question of qualified immunity. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("Until this threshold immunity question is resolved, discovery should not be allowed."). "When a plaintiff files a complaint against a public official alleging a claim that requires proof of wrongful motive, the trial court must exercise its discretion in a way that protects the substance of the qualified immunity defense. . . . so that officials are not subjected to unnecessary and burdensome discovery . . . ." *Crawford-El*, 523 U.S. at 597-98. Accordingly, defendant's request for a stay of discovery is GRANTED.

The stay shall remain in effect until the Court has ruled on defendant's planned motion for summary judgment on qualified immunity grounds. If the Court denies defendant's motion, the stay shall be lifted and the parties may engage in discovery at that time. This Order resolves Docket No. 59.

**IT IS SO ORDERED.**

Dated: July 24, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE