IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CODY MOLICA,

    Plaintiff,

v.

JOSHUA MEDEIROS, et al.,

    Defendants.

No. C 13-03185 SI

**ORDER DENYING MOTION TO COMPEL COMPLIANCE WITH DEPOSITION SUBPOENA**

Currently before the Court is plaintiff's motion to compel the Sonoma County Sheriff's Office to comply with plaintiff's deposition subpoena, served on July 31, 2014. Dkt. No. 61, Ex. A. Pursuant to Civil Local Rule 7-1(b), the Court determines that this matter is appropriate for resolution without oral argument and VACATES the hearing scheduled for September 5, 2014. The Court stayed discovery in this action, pending resolution of defendants' planned motion for summary judgment on qualified immunity grounds. Dkt. No. 60. Defendants plan to file for summary judgment by October 15, 2014. *See* Dkt. Nos. 62, 63. Accordingly, the Court DENIES plaintiff's motion, without prejudice to renewal should the discovery stay be lifted. This Order resolves Docket No. 61.

**IT IS SO ORDERED.**

Dated: August 28, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1