UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CODY MOLICA,

           Plaintiff,

    v.

JOSHUA MEDEIROS,

           Defendant.

Case No.  13-cv-03185-SI

**JUDGMENT**

      The Court has granted defendant's motion for summary judgment.  Judgment is hereby entered against plaintiff and in favor of defendant.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: April 7, 2015

SUSAN ILLSTON
United States District Judge